UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No: 3:18-cv-218

HUMAN RIGHTS DEFENSE CENTER,

Plaintiff,


IRWIN CARMICHAEL, SHERIFF OF
MECKLENBURG COUNTY, ET. AL,

Defendants.

## **ORDER**

**THIS MATTER** is before the Court on the Motion for Preliminary Injunction (Doc. No. 4) filed by Plaintiff. The Court finds that the Consent Decree entered in this matter on June 20, 2018, renders this Motion moot, as the Consent Decree stipulates that it resolved "all of Plaintiff's claims for equitable relief."

Accordingly, the Court **ORDERS** that the Motion for Preliminary Injunction is **DISMISSED** as moot.

**SO ORDERED.**

Signed: June 25, 2018

Graham C. Mullen
United States District Judge